IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| LISA RENEE SPRUIELL, Individually and as Personal Representative of the Heirs and Estate of JAMES LAWSON SPRUIELL, Deceased | | PLAINTIFF |
| v. | No. 2:20-cv-7-DPM | |
| AIR METHODS CORPORATION | | DEFENDANT |
| GENE McKISSIC, As Special Administrator of the Estate of JOHN WESLEY "TREY" AULD III, Deceased | | PLAINTIFF |
| v. | No. 2:21-cv-16-DPM | |
| AIR METHODS CORPORATION and ERIC MARKS, As Special Administrator of the Estate of MICHAEL BOLLEN, Deceased | | DEFENDANTS |

ORDER

1. A helicopter accident from November 2017 has generated two lawsuits. Several lawyers in each case are the same. Common questions of fact and law exist. The Court therefore consolidates the cases to handle them most efficiently. FED. R. CIV. P. 42(a)(2). We'll see, in due course, if more than one trial is needed. FED. R. CIV. P. 42(b). All future filings should be made in No. 2:20-cv-7-DPM, the lead case, with the joint style used in this Order. The parties' causes of action are not

-2-

merged, though; and a separate judgment will be entered when each matter is resolved. *Hall v. Hall*, 138 S. Ct. 1118, 1127 (2018).

2. Both cases will proceed under the Amended Final Scheduling Order in No. 2:20-cv-7-DPM, *Doc. 49*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 March 2021