IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GENE MCKISSIC, As Special
Administrator of the Estate of JOHN
WESLEY "TREY" AULD III, deceased          PLAINTIFF

v.          No. 2:21-cv-16-DPM

AIR METHODS CORPORATION,
A Delaware Corporation, d/b/a
Alabama Life Saver and ERIC MARKS,
As Special Administrator of the Estate of
MICHAEL BOLLEN, Deceased          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 2 December 2022 to enforce the settlement.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2022